**ARCHER & GREINER, P.C.**
21 Main Street - Suite 353
Court Plaza South, West Wing
Hackensack, New Jersey 07601
(201) 342-6000
Attorneys for Defendant, Peace Bird Trading Corp., and Joinder Claimants, Xing Lin (USA) International Corp. and Crystal Vogue Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAMEN ITG GROUP CORP., LTD., <br><br>　　　　　　　　　　　Plaintiff, <br><br>-against- <br><br>PEACE BIRD TRADING CORP., <br><br>　　　　　　　　　　　Defendant. <br><br>PEACE BIRD TRADING CORP., XING LIN (USA) INTERNATIONAL CORP.; CRYSTAL VOGUE INC. <br>　　　　　　　　　Counterclaimants, <br><br>-against- <br><br>XIAMEN ITG GROUP CORP., LTD., <br><br>　　　　　　　Counterclaim Defendant | Civil Action No. 19-CV-6524 <br><br><br>**DECLARATION OF SERVICE** |

　　　I, **MICHAEL S. HORN, ESQ**., an attorney-at-law licensed to practice in the United States District Court for the Eastern District of New York certify as follows:

　　　On December 4, 2020, Peace Bird Trading Corp., Joinder Claimants, Xing Lin (USA) International Corp. and Crystal Vogue Inc. e-filed with the United States District Court, Eastern District of New York a letter dated December 4, 2020 with Exhibits 1 through 7; and a Federal

219876729v1

Rule Of Civil Procedure 37(A)(1) Certification.  A copy of the aforementioned documents were served via eCourts upon John J. Janiec, Esq., attorney for Plaintiffs.

    I affirm that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment

**ARCHER & GREINER, P.C.**
Attorneys for Defendant, *Peace Bird Trading Corp., Joinder Claimants,  Xing Lin (USA) International Corp. and Crystal Vogue Inc.*

By:_____
    Michael S. Horn

Dated: December 4, 2020