UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
XIAMEN ITG GROUP CORP., LTD,

Plaintiff,

v.

PEACE BIRD TRADING CORP.,

Defendant.

-and-

XING LIN (USA) INTERNATIONAL CORP. AND CRYSTAL VOGUE INC.,

Counterclaim Defendants.
--------------------------------------------------------------X

JUDGMENT
19-cv-06524-DLI-ST

An Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on October 8, 2026, adopting the Report and Recommendation of Magistrate Steven Tiscione, dated September 4, 2026, granting Plaintiff's motion for entry of default judgment; awarding Plaintiff damages, as follows: (1) $2,745,264.17 individually against Peace Bird; (2) $828,266.49 individually against Xing Lin; (3) $161,860.48 individually against Crystal Vogue; (4) $118,689.85 jointly and severally against Xing Lin and Crystal Vogue; and (5) prejudgment interest in the amount 9% beginning in November of 2017; and the Clerk of Court having calculated the prejudgment interest at the rate set forth above, and the interest being $3,101,848.85; it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff and against Defendants in the total amount of $6,955,929.84.

Dated: Brooklyn, New York
October 9, 2026

Brenna B. Mahoney
Clerk of Court

By: *<u>/s/Jalitza Poveda</u>*
Deputy Clerk