UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ---------------------------------------------------X | | |
| **XIAMEN ITG GROUP CORP., LTD.,** | : | **Civil Action No.: 19-cv-6524 (DLI) (SLT)** |
| **Plaintiff,** | : | |
| ***-against-*** | : | |
| **PEACE BIRD TRADING CORP.,** | : | |
| **Defendant, and** | : | |
| **XING LIN (USA) INTERNATIONAL CORP., and CRYSTAL VOGUE INC.,** | : | **CERTIFICATE OF RETURN OF SERVICE** |
| | : | |
| **Counterclaim Plaintiffs,** | : | |
| ---------------------------------------------------X | | |

John J. Janiec, an attorney at law states as follows:

I hereby certify that the October 13, 2026 mailing of true and exact copies of the Order Adopting Report and Recommendations And Granting Motion for Default Judgment, dated October 8, 2026, by the Hon. Judge Dora Lizette Irizarry, and the Judgment entered thereon on October 9, 2026, that were served upon Xing Lin (USA) International Corp. at 1450 Broadway Room 300 , New York, New York 10018 (Doc. No, 89) was returned to my office by the postal authorities with the notations "Return To Sender," "Not Delieverbale Addressed," "Unable to Forward." No further current address for this defendant is known to the undersigned.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 23, 2026
New York, New York

John J. Janiec